139 N. Y. Supp. 1134. See, also, 137 N. Y. Supp. 1129; 139 N. Y. Supp. 1133.

METZGER, Respondent, v. KNOX et al., Appellants. (Supreme Court, Appellate Division, Second Department. .January 17, 1913.) Action by Charles E. Metzger against Edward M. Knox and others. No opinion. Motion for leave to appeal to the Court of Appeals (from 139 N. Y. Supp. 1133) denied.

In re MEYER. (Supreme Court, Appellate Division, First Department. January 17, 1913.) In the matter of Leopold A. Meyer. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 146 App. Div. 955, 131 N. Y. Supp. 1129; 139 N. Y. Supp. 1134.

In re MEYER. (Supreme Court, Appellate Division, First Department. January 17, 1913.) In the matter of Leopold A. Meyer. No opinion. Motion denied. Order filed. See, also, 139 N. Y. Supp. 1134.

MILLER, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 15, 1913.) Action by Fred M. Miller against the Solvay Process Company. No opinion. Order affirmed, with $10 costs and disbursements.

MILLER v. WINFIELD et al. (Supreme Court, Appellate Division, Second Department. January 28, 1913.) Action by William H. Miller against Elizabeth Winfield and Caroline Breitenbecker. No opinion. Judgment affirmed, with costs.

MININSOHN et al., Appellants, v. REGAL HOMES CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) In the matter of the application for a discharge of a mechanic's lien filed by Leo Mininsohn and another against the Regal Homes Company.

PER CURIAM. Motion for stay granted, on condition that appellants perfect their appeal, place the cause on the calendar for January 27, 1913, and be ready for argument when reached; otherwise, motion denied, with $10 costs.

MINRATH, Appellant, v. ADLER, Respondent (two cases). (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Ferdinand R. Minrath against Max Adler. .C. L. Craig, for appellant. M. Brenner, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MITCHEM et al., Respondents, v. PAULSON et al., Appellants, et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by John E. Mitchem and others against Leonard Paulson and others, impleaded with others. C. A. Brodek, of New York City, for appellants. Moses Cohen, of New York City, for respondents.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM, P. J., dissents.

MOORE, Respondent, v. CENTRAL PARK, N. & E. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1913.) Action by John G. Moore against the Central Park, North & East River Railroad Company. Chase Mellen. of New York City, for appellant. A. C. Sherman. of New York City. for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MORAN, Respondent, v. DAKE DRUG CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Frank Moran against the Dake Drug Company. No opinion. Judgment (134 N. Y. Supp. 995) and order affirmed, with costs.

MORTON, Appellant, v. INTERBORO RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Action by Mary L. H. Morton against the Interboro Rapid Transit Company. C. D. Francis, of New York City, for appellant. B. H. Ames, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MOWER v. ENGLIS. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Chas. D. Mower against Chas. M. Englis. No opinion. Application denied, with $10 costs. Order signed. See, also, 137 N. Y. Supp. 845.

MULLER et al. v. CITY OF PHILADELPHIA et al. (Supreme Court, Appellate Division, First Department. January 10, 1913.) Appeal from Trial Term, New York County. Action by Charles F. Muller and others, as surviving executors, etc., against the City of Philadelphia and others. From the judgment, Louis Silverman and others appeal. Affirmed. See, also, 137 N. Y. Supp. 1131. Morgan J. O'Brien, for appellant Silverman. L. E. Warren, of New York City, for appellants Brodie and Luria. J. Power Donellan, of New York City, for appellant Engel. J. Noble Hayes, Wolcott G. Lane, Charles H. Tuttle, and Joseph H. Kutner, all of New York City, for respondents.

PER CURIAM. Judgment affirmed, with costs.

LAUGHLIN, J. I dissent as to the purchase of jewelry from the defendant Silverman constituting a usurious transaction.

DOWLING, J. I dissent from the affirmance of the judgment as to Brodie, Engel, and